(81 South. 245)

OCEAN S. S. CO. OF SAVANNAH v. PEOPLE'S SHOE CO. (1 Div. 227.)

(Court of Appeals of Alabama. Nov. 18, 1918. Rehearing Denied Dec. 6, 1918.)

Appeal from Law and Equity Court, Mobile County; Saffold Berney, Judge.

Action by the People's Shoe Company against the Ocean Steamship Company of Savannah. On certiorari the Supreme Court reversed a judgment of this court affirming a judgment in favor of plaintiff, and remanded the cause (81 South. 241, 202 Ala. 594). Reversed and remanded in accordance with opinion of Supreme Court.

Gregory L. Smith & Son, of Mobile, for appellant.

Boyles & Kohn, of Mobile, for appellee.

PER CURIAM. Reversed and remanded in accordance with the opinion of the Supreme Court of Alabama in the case of Ocean Steamship Company of Savannah v. People's Shoe Co.; 202 Ala. 594, 81 Sou·h. 241.

(81 South. 342)

BIRMINGHAM SOUTHERN R. CO. v. GOODWYN. (6 Div. 434.)

(Court of Appeals of Alabama. March 18, 1919.)

Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge.

Action by A. G. Goodwyn against the Birmingham Southern Railroad Company. Judgment for plaintiff and defendant appeals. Order of reversal set aside and cause affirmed.

Percy, Benners & Burr, of Birmingham, for appellant.

Goodwyn & Ross, of Bessemer, for appellee.

PER CURIAM. The order of reversal entered November 19, 1918, is set aside, and the cause is affirmed in accordance with the mandate of the Supreme Court in the case of Ex parte A. G. Goodwyn, 202 Ala. 599, 81 South. 339.

©⟳For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes